JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

EUGENIA RUTH LOPEZ-EUFEMIA, ) CV 14-07627-VAP (SH)
                            )
            Plaintiff,      ) JUDGMENT
                            )
     v.                     )
                            )
CAROLYN W. COLVIN,          )
Commissioner of Social Security )
Administration,             )
                            )
            Defendant.      )
_____ )\

      IT IS HEREBY ADJUDGED that the above-captioned Complaint is dismissed.

DATED: February 5, 2015_____



_____
        VIRGINIA A. PHILLIPS
     UNITED STATES DISTRICT JUDGE